**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO.** 1:19-cv-71-GNS

Removal from Warren Circuit Court

| | |
|---|---|
| BOBBY C. GRAVES | PLAINTIFF |
| v. | **ANSWER OF CHRISTOPHER MILLER** |
| CHRISTOPHER W. MILLER<br>and<br>UBER USA, LLC | DEFENDANTS |

\*\*\*\*  \*\*\*\*  \*\*\*\*  \*\*\*\*

The Defendant, Christopher Miller ("Defendant"), by counsel, and for his Answer to Plaintiff's Complaint, states as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim against this Defendant and should be dismissed.

**SECOND DEFENSE**

1. Defendant is without sufficient knowledge or information to form a belief as to the truth of the averments contained in Paragraphs 1, 3, 4 and 5 of the Complaint and therefore denies them.

2. Defendant admits so much of the averments contained in Paragraph 2 of the Complaint as aver that he is a resident of Warren County, Kentucky but denies any remaining averments contained in Paragraph 2.

3. Defendant denies any and all averments contained in Paragraphs 6, 7, 8 (including all subparts thereto), 9, 10 and 11 of the Complaint as relate to him or his alleged actions; however, to the extent that these Paragraphs contain averments relating to other individuals or

entities, Defendant is without sufficient knowledge and/or information to form a belief as to their truth and therefore denies them.

4. Defendant denies any and all averments contained in the Complaint not specifically admitted herein.

### THIRD DEFENSE

Plaintiff may have failed to join persons and/or entities in whose absence complete relief cannot be accorded among those already a party. Plaintiff may have also failed to join those persons and/or entities who claim an interest in the subject accident or who are so situated that its disposition, as a practical matter, may impair or impede the ability to protect those interests, or may subject this Defendant to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations.

### FOURTH DEFENSE

Defendant relies upon the defense of insufficiency of process, insufficiency of service of process and improper venue.

### FIFTH DEFENSE

At the time and on the occasion complained of, Plaintiff was negligent and but for said negligence the accident, injuries and damages claimed, if any in fact, would not and could not have occurred. Such negligence acts as a bar in whole or in part to any recovery by Plaintiff.

### SIXTH DEFENSE

The accident, injuries and damages claimed, if any in fact were the direct or proximate result of the negligence of some third person or persons acting individually or jointly with others, or in the alternative, were the direct or proximate result of some superseding or intervening cause, or in the alternative were the direct or proximate result of an unavoidable accident, in any

event were not due to negligence of this Defendant. Such alternative causes act as a bar in whole or in part to Plaintiff's recovery.

### SEVENTH DEFENSE

Defendant affirmatively relies upon the provisions of Kentucky's Motor Vehicle Reparations Act, KRS 304.39-010 *et seq.* as a complete or partial defense to the allegations contained in the Complaint.

### PRAYER FOR RELIEF

WHEREFORE, Defendant, Christopher Miller, prays for the following relief:

1. That the Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

2. That, in the alternative, a trial by jury be had as to all issues of fact, including but, not limited to, liability, damages, and apportionment of fault;

3. That Defendant recover his costs and fees expended;

4. That Defendant be awarded any other relief to which he appears entitled.

Respectfully submitted,

**KOPKA PINKUS DOLIN, PC**
301 East Main Street, Suite 400
Lexington, KY 40507
Phone: (859) 368-8999
Fax: (859) 368-8772
Email: bemoore@kopkalaw.com
       drconley@kopkalaw.com


BY: /s/ Bradly E. Moore
    BRADLY E. MOORE (KBA #87368)
    DIANE R. CONLEY (KBA # 86047)
    *Counsel for Defendant, Christopher Miller*

## **CERTIFICATE OF SERVICE**:

 I hereby certify that on the 30th day of May, 2019, I electronically filed this document through the ECF system, and mailed a true and correct copy of this document to:

Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 8th Street, Suite 305
Bowling Green, KY 42101
klester@forthepeople.com

Lindsay M. Gray
James M. Burd
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
lindsay.gray@wilsonelser.com
james.burd@wilsonelser.com

         */s/ Bradly E. Moore*
         BRADLY E. MOORE
         DIANE R. CONLEY