UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:19-cv-00071-GNS-HBB

BOBBY C. GRAVES                                                                   PLAINTIFF

v.

CHRISTOPHER W. MILLER, et al.                                  DEFENDANTS

### STIPULATION AND AGREED ORDER OF DISMISSAL

This cause coming to be heard on a stipulation and agreed order of dismissal, the parties, by their respective counsel, hereby stipulate and agree that Plaintiff dismisses this lawsuit in its entirety against all parties, with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS THEREFORE, ORDERED** that all claims against all parties in this action be and are hereby dismissed with prejudice, with each party to bear its own costs.

This is final and appealable Order and there is no just cause for delay in its entry.

Greg N. Stivers, Chief Judge
United States District Court

April 23, 2020

10667335v.1

**HAVE SEEN AND AGREED:**

/s/ Lindsay M. Gray
Lindsay M. Gray
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
lindsay.gray@wilsonelser.com
*Counsel for Uber Technologies, Inc.*

/s/ Kelli Lester (with permission)
Kelli Lester
Morgan & Morgan, Kentucky PLLC
360 E 8th Avenue, Suite 411
Bowling Green, KY 42101
klester@forthepeople.com
*Counsel for Plaintiff*

/s/ Diane R. Conley (with permission)
Bradly E. Moore
Diane R. Conley
Kopka Pinkus Dolin
301 East Main Street, Suite 400
Lexington, KY 40507
bemoore@kopkalaw.com
drconley@kopkalaw.com
*Counsel for Christopher W. Miller*

**Distribution to:**
Kelli Lester
Lindsay M. Gray
Diane R. Conley